1  SO. CAL. EQUAL ACCESS GROUP
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 205-6560
4  cm@SoCalEAG.com

5  Attorneys for Plaintiff
   MICHAEL RHAMBO

6

7                 UNITED STATES DISTRICT COURT

8                 CENTRAL DISTRICT OF CALIFORNIA

9

10 MICHAEL RHAMBO,                     Case No.: 2:25-cv-01857-RAO

11        Plaintiff,
                                       **NOTICE OF VOLUNTARY
12    vs.                              DISMISSAL OF ENTIRE ACTION
                                       WITH PREJUDICE**
13 EL MONTE PLAZA, INC.; and DOES 1
14 to 10,

15        Defendants.

16

17

18    **PLEASE TAKE NOTICE** that Plaintiff MICHAEL RHAMBO ("Plaintiff")

19 pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses

20 the entire action *with* prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)

21 which provides in relevant part:

22    (a) **Voluntary Dismissal.**

23        (1)   *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66

24              and any applicable federal statute, the plaintiff may dismiss an action

25              without a court order by filing:

26        (i)   A notice of dismissal before the opposing party serves either an

27              answer or a motion for summary judgment.

28

1  None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for
2  summary judgment. Accordingly, this matter may be dismissed without an Order of the
3  Court.

5  DATED: June 19, 2025             **SO. CAL. EQUAL ACCESS GROUP**

8                         By:   */s/  Jason J. Kim*
                                Jason J. Kim, Esq.
9                               Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**